UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:16-CV-00145-FDW-DCK

TYRIN MILLER individually,

      Plaintiff,

vs.

UNIVERSITY HOUSE CHARLOTTE, L.L.C.
and UNIVERSITY HOUSE COMMUNITIES
MANAGEMENT, L.L.C.,

      Defendants.

**MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION FOR JUDGMENT ON THE PLEADINGS**

Defendants, University House Charlotte, L.L.C. and University House Communities Management, L.L.C. ("Defendants"), through the undersigned counsel and pursuant to Rule 12(b)(6) and Rule 12(c) of the Federal Rules of Civil Procedure, move this Court to Dismiss Plaintiff's Complaint, or in the alternative, enter Judgment in favor of Defendants on Plaintiff's claims.

As articulated in the memorandum accompanying this Motion, Plaintiff's claims are barred based on provisions in the Lease Agreement (D.E. # 9-1) and the Addendum Agreements (D.E. # 9-2). In particular, these documents contain provisions that limit the liability of Defendants for crimes caused by third-parties. In addition, the documents contain provisions that limit the duty of Defendants to provide security measures.

Both the Lease Agreement and the Addendum are offered in support of this Motion. For the foregoing reasons, Defendants respectfully request that Plaintiff's Complaint be dismissed, or in the alternative, judgment be entered in favor of Defendants.

Respectfully submitted this the 20th day of April, 2016.

<div style="margin-left:50%">

*/s/ Gemma L. Saluta*
Rachel E. Daly
N.C. State Bar No. 27777
Gemma L. Saluta
N.C. State Bar No. 37032
Womble Carlyle Sandridge & Rice, LLP
One West Fourth Street
Winston-Salem, NC 27101
Telephone:  (336) 721-3600
Facsimile:  (336) 721-3660
Email:  rdaly@wcsr.com
            gsaluta@wcsr.com

*Attorneys for Defendants*

</div>

# CERTIFICATE OF SERVICE

This is to certify that on April 20, 2016, a copy of the foregoing ***MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION FOR JUDGMENT ON THE PLEADINGS*** was filed electronically with the Clerk of Court using the CM/ECF system.

It is further certified that on April 20, 2016, a copy of the foregoing ***MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION FOR JUDGMENT ON THE PLEADINGS*** was served upon the following by U.S. First Class Mail, postage prepaid and addressed as follows:

> Dexter G. Benoit
> N.C. State Bar No. 41752
> Benoit Law Firm, P.L.L.C.
> 725 E. Trade Street, Suite 120
> Charlotte, NC 28202
> Telephone:  (877) 600-7212
> Facsimile:  (800) 878-6127
> Email:  dexter@benoitlawfirm.com
>
> *Attorney for Plaintiff*

<div align="right">

*/s/ Gemma L. Saluta*
Gemma L. Saluta
N.C. State Bar No. 37032
Womble Carlyle Sandridge & Rice, LLP
One West Fourth Street
Winston-Salem, NC 27101
Telephone:  (336) 721-3600
Facsimile:  (336) 721-3660
Email:   gsaluta@wcsr.com

*Attorney for Defendants*

</div>

3