IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:16-CV-00145-FDW-DCK

TYRIN MILLER individually,

Plaintiff,

vs.

UNIVERSITY HOUSE CHARLOTTE, L.L.C.
and UNIVERSITY HOUSE COMMUNITIES
MANAGEMENT, L.L.C,

Defendants.

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Federal Rules of Civil

Procedure, Rule 41(a)(1), by and between Plaintiff Tyrin Miller and Defendants University House

Charlotte, LLC and University House Communities Management, LLC, as follows:

1. This action is not a class action; a receiver has not been appointed; and the action is not

   governed by any statute of the United States that requires an order of the court for

   dismissal.

2. The parties have reached a mutual resolution as to this action.

3. This action is hereby dismissed, in its entirety, with prejudice.

This the 3<u>rd</u> day of January 2017.

/s/ *Dexter G. Benoit*
**BENOIT LAW FIRM, PLLC**
725 E. Trade St. Ste. 120
Charlotte, North Carolina 28202
Telephone: (877) 600-7212
Facsimile: (800) 878-6127
E-mail: *dexter@benoitlawfirm.com*

*Attorney for Plaintiff*

/s/ *Rachel Keen, Esq.*
**WOMBLE CARLYLE SANDRIDGE & RICE, LLP**
One West Fourth Street
Winston-Salem, NC 27101
Email: *rkeen@wcsr.com*

*Attorney for Defendants*

1

**CERTIFICATE OF SERVICE**

This is to certify that on January 3, 2017, a copy of the foregoing **STIPULATION OF DISMISSAL** was filed electronically with the Clerk of Court using the CM/ECF system, copies of which have been sent via electronic email to all counsel of record below.

Rachel Daly, Esq.
Gemma Saluta, Esq.
Loryn Buckner, Esq.
**WOMBLE CARLYLE SANDRIDGE & RICE, LLP**
One West Fourth Street
Winston-Salem, NC 27101
Email:  *rdaly@wcsr.com*
       *gsaluta@wcsr.com*
       *lbuckner@wcsr.com*


Dated: January 3, 2017

/s/ *Dexter G. Benoit*
N.C. State Bar No. 41752
**BENOIT LAW FIRM, PLLC**
725 E. Trade St. Ste. 120
Charlotte, North Carolina 28202
Telephone: (877) 600-7212
Facsimile:  (800) 878-6127
E-mail: dexter@benoitlawfirm.com

2